U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 6 2023

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. |
| | * 26 U.S.C. §§ 5841, 5861(d), 5861(i) and 5871 |
| | * 26 U.S.C. § 5872 |
| VERSUS | * 28 U.S.C. § 2461(c) |
| | * |
| | * 6:23-CR-00183-01 |
| BRENNAN JAMES COMEAUX | * Judge Joseph |
| | Magistrate Judge Whitehurst |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**POSSESSION OF UNREGISTERED FIREARM(S)**
**[26 U.S.C. § 5861(d)]**

On or about June 2, 2022, in the Western District of Louisiana, the defendant, BRENNAN JAMES COMEAUX, knowingly received and possessed a firearm, to wit: two silver and three black firearm silencers, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871. [26 U.S.C. §§ 5841, 5861(d) and 5871].

### COUNT TWO

**RECEIPT OR POSSESSION OF FIREARM(S)**
**UNIDENTIFIED BY SERIAL NUMBER**
**[26 U.S.C. § 5861(i)]**

On or about June 2, 2022, in the Western District of Louisiana, the defendant, BRENNAN JAMES COMEAUX, knowingly received and possessed a firearm(s) that is: two silver and three black firearm silencers not identified by a serial number as required by

Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871 [26 U.S.C. §§ 5861(i) and 5871].

### FIREARMS FORFEITURE ALLEGATION
### [26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)]

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 26, United States Code, Section 5861 as set forth in Counts 1 and 2 of this Indictment, the defendant, BRENNAN JAMES COMEAUX, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: firearm silencer(s) as alleged in Counts 1 and 2 of this Indictment; all pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).  [26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)].

A TRUE BILL:

**REDACTED**
FOREPERSON: GRAND JURY

BRANDON B. BROWN
United States Attorney

By: *[signature]*
CASEY RICHMOND (AR Bar #2018038)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA  70501
Telephone: (337) 262-6618