UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-00183-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRENNAN JAMES COMEAUX (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

The defendant's initial appearance and arraignment was held on September 7, 2023. Accordingly,

IT IS ORDERED that a telephone scheduling conference is SET before Judge Whitehurst on September 14, 2023 at 11:30 a.m. Counsel shall call in to the conference by dialing 877-336-1839 and using access code 2869540.

Signed at Lafayette, Louisiana, this 7th day of September, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE