UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:23-CR-00183-01 |
| | * | |
| VERSUS | * | JUDGE JOSEPH |
| | * | |
| BRENNAN JAMES COMEAUX | * | MAGISTRATE JUDGE WHITEHURST |

MOTION TO DISMISS INDICTMENT

Brennan James Comeaux moves the Court to dismiss the indictment. For the following reasons, Title 26 United States Code §§ 5861(d) and (i) violate the Second Amendment under the Supreme Court's recent ruling in <u>New York State Rifle & Pistol Association, Inc. v. Bruen</u>, 142 S. Ct. 2111 (June 23, 2022).

                RESPECTFULLY SUBMITTED,

                REBECCA L. HUDSMITH
                FEDERAL PUBLIC DEFENDER FOR THE
                MIDDLE & WESTERN DISTRICTS OF LOUISIANA

        BY:   **S/ AARON A. ADAMS**
                Louisiana Bar No. 37006
                Assistant Federal Public Defender
                102 Versailles Blvd., Suite 816
                Lafayette, Louisiana 70501
                (337)262-6336 (Phone) (337)262-6605 (Fax)

                Counsel for Brennan James Comeaux

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing was electronically filed with the Clerk of Court using the CM/ECF system. A copy of this filing will be sent to all counsel of record via operation of the court's electronic notification system.

Lafayette, Louisiana, December 20, 2023.

S/ AARON A. ADAMS