UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:23-CR-00183-01 |
| | * | |
| VERSUS | * | JUDGE JOSEPH |
| | * | |
| BRENNAN JAMES COMEAUX | * | MAGISTRATE JUDGE WHITEHURST |

## STIPULATION IN SUPPORT OF GUILTY PLEA

NOW INTO COURT, come the United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, BRENNAN JAMES COMEAUX, hereinafter referred to as "Comeaux" or "Defendant," and for the purposes of providing the Court with a factual basis for a plea agreement pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide the following:

On or about June 2, 2022, in the Western District of Louisiana, Defendant knowingly possessed numerous silencers and silencer parts, including two silver and three black completed firearm silencers. Law enforcement recovered these silencers pursuant to a search warrant that was executed on Defendant's home. Multiple firearm manuals on how to modify and assemble firearms and silencers were found in Defendant's home. None of the silencers were registered to Defendant in the National Firearms Registration and Transfer Record.

| | |
|---|---|
| 2-6-24<br>DATE | _Brennan James Comeaux_<br>BRENNAN JAMES COMEAUX<br>Defendant |
| 2-6-24<br>DATE | _Aaron Adams_<br>AARON ADAMS, LA Bar No. 37006<br>Assistant Federal Public Defender<br>102 Versailles Blvd., Suite 816<br>Lafayette, Louisiana 70501<br>Telephone: (337) 262-6336 |
| | BRANDON B. BROWN<br>United States Attorney |
| 2-6-24<br>DATE | _Casey Richmond_<br>CASEY RICHMOND, AR Bar No. 2018038<br>Assistant United States Attorney<br>800 Lafayette Street, Suite 2200<br>Lafayette, Louisiana 70501<br>Telephone: (337) 262-6618 |