UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:23-CR-00183-01 |
| VERSUS | * | JUDGE JOSEPH |
| BRENNAN JAMES COMEAUX | * | MAGISTRATE JUDGE WHITEHURST |

### ELEMENTS OF OFFENSE

### COUNT 1

**POSSESSION OF UNREGISTERED FIREARM(S)**
**[26 U.S.C. § 5861(d)]**

You are charged in Count One of the Indictment with Possession of Unregistered Firearm(s). Title 21, United States Code, Section 5861(d) make it a crime to knowingly receive and possess a firearm not registered in the National Firearm Registration and Transfer Record. In order for you to be found guilty of this crime, the Government must prove each of the following elements beyond a reasonable doubt:

First:   That you knowingly possessed or received a firearm;

Second:   That the firearm was a silencer;

Third:   That you knew it was a silencer; and

Fourth:   That this firearm was not registered to you in the National Firearms Registration and Transfer Record.

## II.
## VENUE
## [18 U.S.C. § 3237(a)]

If the case were to proceed to trial, the government would also have the burden of proving proper venue - that is the government would have to prove by a preponderance of the evidence that the offense was begun, continued, or completed in one of the Parishes that make up the Western District of Louisiana.

2-6-24
Date

*Brennan James Comeaux*
BRENNAN JAMES COMEAUX
Defendant

2-6-24
Date

*Aaron Adams*
AARON ADAMS, LA Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

BRANDON B. BROWN
UNITED STATES ATTORNEY

2-6-24
Date

*Casey Richmond*
CASEY RICHMOND, AR Bar No. 2018038
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618