# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-00183-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRENNAN JAMES COMEAUX (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Brennan James Comeaux, on February 6, 2024. The defendant was present with his counsel, Aaron A. Adams.

For the reasons orally assigned during the plea hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment is fully supported by a written factual basis for each of the essential elements of the offenses.

Additionally, the defendant voluntarily waived the fourteen-day objection period that would otherwise be available under 28 U.S.C. §636 (Rec. Doc. 32).

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court ACCEPT the guilty plea of the defendant, Brennan James Comeaux, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Brennan James Comeaux be finally adjudged guilty of the offense charged in Count One of the indictment.

THUS DONE AND SIGNED in chambers at Lafayette, Louisiana this 15th day of February, 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE