UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-00183-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRENNAN JAMES COMEAUX (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After considering the official transcript [Doc. 37] and noting Defendant's WAIVER OF OBJECTIONS TO REPORT AND RECOMMENDATIONS [Doc. 32], the Court finds the plea is correct under applicable law. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the PLEA AGREEMENT filed in the record of these proceedings [Doc. 35], the guilty plea of the defendant, Brennan James Comeaux, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count One of the Indictment, consistent with the REPORT AND RECOMMENDATION [Doc. 38].

THUS DONE AND SIGNED in Chambers this 15th day of February, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE