**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:23-CR-00183-01** |
| **VERSUS** | **JUDGE JOSEPH** |
| **BRENNAN JAMES COMEAUX (01)** | **MAGISTRATE JUDGE WHITEHURST** |

**NOTICE OF APPEAL**

NOTICE is hereby given that BRENNAN JAMES COMEAUX, the defendant-appellant, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the final judgment entered in these proceedings on May 7, 2024.

          RESPECTFULLY SUBMITTED,

          REBECCA L. HUDSMITH
          FEDERAL PUBLIC DEFENDER FOR THE
          MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:    **S/AARON A. ADAMS**
          Louisiana Bar No. 37006
          Assistant Federal Public Defender
          102 Versailles Blvd., Suite 816
          Lafayette, Louisiana 70501
          (337)262-6336 (Phone)    (337)262-6605 (Fax)
          COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Lafayette, Louisiana, May 14, 2024.

          S/AARON A. ADAMS